WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Patrick J. Davis, Esq.
Nevada Bar No. 13330
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
pdavis@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant Wilmington Savings Fund Society, FSB dba Christiana Trust as Trustee for HLSS Mortgage Master Trust for the Benefit of the Holders of the Series 2014-1 Certificates Issued by HLSS Mortgage Master Trust*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB DBA CHRISTIANA TRUST AS TRUSTEE FOR HLSS MORTGAGE MASTER TRUST FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2014-1 CERTIFICATES ISSUED BY HLSS MORTGAGE MASTER TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and WASHBURN CREEK ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00082-RFB-GWF<br><br>**LR – IA 6-1 AND 26-4 STIPULATED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINES AND PROPOSED ORDER**<br><br>**[FIRST REQUEST]** |
| WASHBURN CREEK ASSOCIATION,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Third-Party Defendant. | |

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | |
| Counterclaimant/Cross-Claimant, | |
| vs. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB DBA CHRISTIANA TRUST AS TRUSTEE FOR HLSS MORTGAGE MASTER TRUST FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2014-1 CERTIFICATES ISSUED BY HLSS MORTGAGE MASTER TRUST; HOUSING AND URBAN DEVELOPMENT, a government agency; FILIMON MIJAREZ, an individual; EVA MIJAREZ, an individual, | |
| Counter-Defendant/Cross-Defendants. | |

COMES NOW Plaintiff/Counter-Defendant, Wilmington Savings Fund Society, FSB dba Christiana Trust as Trustee for HLSS Mortgage Master Trust for the Benefit of the Holders of the Series 2014-1 Certificates Issued by HLSS Mortgage Master Trust (hereinafter "Wilmington"), by and through its attorney of record Patrick J. Davis, Esq. of the law firm of Wright, Finlay & Zak, LLP; Defendant/Third Party Plaintiff, Washburn Creek Association ("Washburn"), by and through its attorney of record Colli C. McKiever, Esq. of Boyack Orme & Anthony; Defendant/Counter/Cross-Claimant, SFR Investments Pool 1, LLC ("SFR"), by and through its attorney of record Diana S. Ebron, Esq. of Kim Gilbert Ebron and hereby submit this Stipulation and Proposed Order to Extend Discovery Deadlines in accordance with LR 6-1 and LR 26-4.

Currently, dispositive motions are set to be filed in this case on December 6, 2017 pursuant to the Order to Extend Discovery entered on October 26, 2017. Given recent developments in substantive law affecting issues in this case, counsel for the parties require a short extension in order to adequately address potentially dispositive legal issues. The parties therefore stipulate to extend the Dispositive Motion Deadline to January 9, 2018. Washburn further stipulates to set the same date as the date for Responses to its Motion for Summary

Judgment, already filed on November 28, 2017 (ECF No. 45). This stipulation is made in good faith and not for purposes of delay or prejudice to any party.

**IT IS SO STIPULATED.**

| **WRIGHT, FINLAY & ZAK, LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ Patrick J. Davis, Esq._____ <br> Edgar C. Smith, Esq. <br> Nevada Bar No. 5506 <br> Patrick J. Davis, Esq. <br> Nevada Bar No. 13330 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> (702) 475-7964; Fax: (702) 946-1345 <br> pdavis@wrightlegal.net <br> *Attorneys for Plaintiff/Counter-Defendant Wilmington Savings Fund Society, FSB dba Christiana Trust as Trustee for HLSS Mortgage Master Trust for the Benefit of the Holders of the Series 2014-1 Certificates Issued by HLSS Mortgage Master Trust* | /s/ Diana S. Ebron, Esq._____ <br> Diana S. Ebron, Esq. <br> Nevada Bar No.: 10580 <br> diana@kgelegal.com <br> Jacqueline A. Gilbert, Esq. <br> Nevada Bar No.: 10593 <br> Jackie@kgelegal.com <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 9578 <br> karen@kgelegal.com <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br> (702) 485-3300 / Fax: (702) 485-3301 <br> *Attorneys for Defendant/Counter/Cross-claimant SFR Investments Pool 1, LLC* |
| **BOYACK ORME & ANTHONY.** <br><br> /s/ Colli C. McKiever, Esq._____ <br> Edward D. Boyack, Esq. <br> Nevada Bar No. 005229 <br> ted@boyacklaw.com <br> Colli C. McKiever, Esq. <br> Nevada Bar No. 13724 <br> colli@boyacklaw.com <br> 7432 West Sahara Ave., Suite 101 <br> Las Vegas, NV 89117 <br> (702) 562-3415 / Fax: (702) 562-3570 <br> *Attorney for Washburn Creek Association* | |

**IT IS SO ORDERED** that an extension of discovery is granted as follows:

    Dispositive Motion Deadline:    January 9, 2018

    Joint Pretrial Order Deadline:    February 9, 2018

**IT IS SO ORDERED.**

DATED this __7th__ day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE