1  STEVEN W. MYHRE
   Acting United States Attorney
2  District of Nevada

3  TROY K. FLAKE
   Assistant United States Attorneys
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  Telephone: 702-388-6336
   Email: *troy.flake@usdoj.gov*

*Attorney for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB DBA CHRISTIANA TRUST AS TRUSTEE FOR HLSS MORTGAGE MASTER TRUST FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2014-1 CERTIFICATES ISSUED BY HLSS MORTGAGE MASTER TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; and WASHBURN CREEK ASSOCIATION,<br><br>Defendant. | Case No. 2:17-cv-00082-RFB-GWF<br><br>STIPULATION OF HUD'S NON-MONETARY STATUS AND AGREEMENT TO BE BOUND BY JUDGMENT OF COURT |

The undersigned parties hereby stipulate and agree that Cross-Defendant United States Department of Housing and Urban Development (HUD) is asserting no claims in this action, HUD is not seeking monetary relief, including fees and costs, against any other party, and that

//
//
//
//
//

1

no other party seeks monetary relief, including fees and costs, against HUD. Accordingly, the parties stipulate and agree that HUD will not participate in the litigation and that HUD agrees to accept the judgment of the Court, reserving its right to appeal.

Respectfully submitted this 18th day of December 2017.

| | |
|---|---|
| STEVEN W. MYHRE<br>Acting United States Attorney | KIM GILBERT EBRON<br>Attorneys for SFR Investments Pool 1, |

*/s Troy K. Flake*
TROY K. FLAKE
Assistant United States Attorney

*/s Jacqueline Gilbert*
DIANA CLINE EBRON, ESQ.
JACQUELINE A. GILBERT, ESQ.
KAREN L. HANKS, ESQ.

BOYACK ORME & ANTHONY
Attorneys for Washburn Creek Association

WRIGHT FINLAY & ZAK, LLP
Attorneys for Wilmington Savings Fund Society, FSB dba Christina Trust on behalf of HLSS Mortgage Master Trust for the benefit of Holders of the Series 2014-1 Certificates Issued by HLSS Mortgage Master trust

*/s Colli McKiever*
COLLI CHRISTINE MCKIEVER, ESQ.
EDWARD D. BOYACK, ESQ.

*/s Patrick Davis*
EDGAR C. SMITH, ESQ.
PATRICK JAMES DAVIS, ESQ.

Absolute Collection Services, LLC

*/s Shane Cox*
SHANE D. COX, ESQ.

IT IS SO ORDERED:

Date: January 30, 2018.

RICHARD F. BOULWARE, II
United States District Judge