Edward D. Boyack
Nevada Bar No. 005229
Colli C. McKiever
Nevada Bar No. 013724
**BOYACK ORME & ANTHONY**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Tel: (702) 562-3415
Fax: (702) 562-3570
Email: Ted@BoyackLaw.com
Email: Colli@BoyackLaw.com
*Attorneys for Defendant,*
*Washburn Creek Association*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB DBA CHRISTIANA TRUST AS TRUSTEE FOR HLSS MORTGAGE MASTER TRUST FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2014-1 CERTIFICATES ISSUED BY HLSS MORTGAGE MASTER TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and WASHBURN CREEK ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00082-RFB-GWF<br><br>**STIPULATION AND ORDER TO DISMISS THIRD-PARTY DEFENDANT ABSOLUTE COLLECTION SERVICES LLC** |
| WASHBURN CREEK ASSOCIATION<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ABSOLUTE COLLECTION SERVICES LLC,<br><br>Third-Party Defendant. | |

Defendant/Third Party Plaintiff, WASHBURN CREEK ASSOCIATION, and Third-Party Defendant ABSOLUTE COLLECTION SERVICES, LLC, by and through their respective counsel, hereby stipulate to dismiss this action without prejudice as to ABSOLUTE

COLLECTION SERVICES LLC, only pursuant to Rule 41(c) of the Federal Rules of Civil Procedure.

Third Party Defendant ABSOLUTE COLLECTION SERVICES LLC is dismissed from the above-entitled action. Each party to bear its own fees and costs.

Approved as to form and content:

DATED: 4/12/19

By: /s/ *Shane D. Cox*
SHANE D. COX, ESQ.
Nevada Bar No. 13852
Absolute Collection Services, LLC
7485 W. Azure Dr., Suite 129
Las Vegas, Nevada 891\30
Attorney for ABSOLUTE COLLECTION SERVICES, LLC

Approved as to form and content:

DATED: 4/12/19

By: /s/ *Edward D. Boyack*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 005229
COLLI C. McKIEVER, ESQ.
Nevada Bar No. 013724
BOYACK ORME & ANTHONY
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
*Attorneys for Defendant,
Washburn Creek Association*

**IT IS SO ORDERED.**

DATED 18th day of April, 2019.



**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**