WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, Wilmington Savings Fund Society, FSB dba Christiana Trust as Trustee for HLSS Mortgage Master Trust for the Benefit of the Holders of the Series 2014-1 Certificates Issued by HLSS Mortgage Master Trust*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB DBA CHRISTIANA TRUST AS TRUSTEE FOR HLSS MORTGAGE MASTER TRUST FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2014-1 CERTIFICATES ISSUED BY HLSS MORTGAGE MASTER TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and WASHBURN CREEK ASSOCIATION,<br><br>Defendants | Case No.: 2:17-cv-00082-RFB-GWF<br><br>**ORDER RELEASING SECURITY BOND** |
| WASHBURN CREEK ASSOCIATION,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Third-Party Defendant | |

SFR INVESTMENTS POOL 1, LLC,

    Counterclaimant/Cross-Claimant,

    vs.

WILMINGTON SAVINGS FUND SOCIETY, FSB DBA CHRISTIANA TRUST AS TRUSTEE FOR HLSS MORTGAGE MASTER TRUST FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2014-1 CERTIFICATES ISSUED BY HLSS MORTGAGE MASTER TRUST; HOUSING AND URBAN DEVELOPMENT, a government agency; FILIMON MIJAREZ, an individual; EVA MIJAREZ, an individual,

    Counter-Defendant/Cross-Defendants

## **ORDER RELEASING SECURITY BOND**

Plaintiff/Counter-Defendant, Wilmington Savings Fund Society, FSB dba Christiana Trust as Trustee for HLSS Mortgage Master Trust for the Benefit of the Holders of the Series 2014-1 Certificates Issued by HLSS Mortgage Master Trust, by and through its counsel of record, Robert A. Riether, Esq., opened this case by filing a complaint on January 10, 2017. Plaintiff filed a certificate of cash deposit of $500 pursuant to NRS 18.130(1) on March 24, 2017 (ECF No. 14). The Court filed its Judgment in favor of Defendants on April 24, 2019.. (ECF No. 78).

///

///

///

///

///

**IT IS ORDERED** that the $500 deposit, plus interest, be refunded in accordance with the certificate of cash deposit, ECF No. 23, to:

> WRIGHT, FINLAY & ZAK, LLP
> 7785 W. Sahara Ave., Suite 200
> Las Vegas, NV 89117

unless a party objects to this order by no later than 10 days.

Dated this  9th  day of  March , 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE